FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JAN 21 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GABBI LEMOS,<br><br>               Plaintiff-Appellant,<br><br>v.<br><br>COUNTY OF SONOMA; STEVE<br>FREITAS; MARCUS HOLTON,<br><br>               Defendants-Appellees. | No.   19-15222<br><br>D.C. No. 4:15-cv-05188-YGR<br>Northern District of California,<br>Oakland<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion is vacated.

Judge Koh did not participate in the deliberations or vote in this case.